## BELL v. WEDDINGTON.

1. **Sheriff:** FEES: CONSTRUCTION OF STATUTE. Section 3788 of the Code authorizes a sheriff to charge and collect a fee of two dollars for the service of an execution.

*Appeal from Buena Vista Circuit Court.*

THURSDAY, OCTOBER 7.

THE facts of the case are stated in the opinion.

*Lot Thomas*, for appellant.

*Robinson & Milchrist*, for appellee.

BECK, J.—I. This action is to recover two dollars, paid by plaintiff to defendant, who was sheriff, as a fee for serving an execution in his hands against plaintiff. The question for our decision, as certified by the judge of the Circuit Court, involves the right of a sheriff to charge such a fee.

1. SHERIFF; fees: construction of statute.

II. Code, section 3788, provides that the sheriff is entitled to charge and receive, for " serving an execution or order for the partition of real estate or assignment of dower, two dollars." The punctuation of the provision as found in the Code is followed in this quotation. Probably, by the aid of punctuation, the meaning of the language could be disclosed

VOL. LIV—36.

beyond a question. But we may reach a satisfactory interpretation without such aid.

The statute nowhere provides for an execution "for the partition of real estate or assignment of dower." Orders are issued for those purposes. The provision would be without force, and meaningless, if it be construed to apply to an execution issued for the purpose of a partition of real estate, or assignment of dower. If the language is construed to refer to an execution, whenever issued, all the words of the provision have force. We are required by the rules for the interpretation of statutes to adopt such a construction. The judgment of the Circuit Court holding that plaintiff is not entitled to recover, on account of the two dollars paid by him, and that the sheriff may lawfully charge a fee of two dollars for serving an execution, is correct, and is, therefore,

AFFIRMED.